# Third District Court of Appeal

## State of Florida

Opinion filed March 20, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0979
Lower Tribunal No. 22-5406
_____

**Ram Investments of South Florida, Inc. d/b/a SeaVee Boats**,
Appellant,

vs.

**Wilfredo A. Diaz**,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Vivianne Del Rio, Judge.

Brown Sims, P.C., and Cody L. Frank and Marlin K. Green (Miramar), for appellant.

Holland & Knight LLP and Christopher N. Bellows and Jose A. Casal and Christine Fuqua Gay, for appellee.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.